IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00505-WYD-MJW

THE TRAVELERS INDEMNITY COMPANY, as subrogee of Westdale Townhomes, Inc.,

    Plaintiff,

v.

FORD MOTOR COMPANY; and
TIRES PLUS GROUP, LTD. d/b/a TIRES PLUS TOTAL CAR CARE,

    Defendants.

## ORDER OF REMAND

THIS MATTER is before the Court on the parties' Joint Motion to Remand, filed April 9, 2007 (docket #9).  In the motion, the parties state that they have stipulated that the amount in controversy in this matter does not exceed the sum of $75,000.00, exclusive of interest and costs and, therefore, this Court lacks subject matter jurisdiction.  Upon consideration of the motion and file in this matter, I find that this case should be remanded to state court.  It is hereby

ORDERED that the Joint Motion to Remand is **GRANTED.**  This case is hereby **REMANDED** to the District Court, County of Jefferson, for all further proceedings.

    Dated:  April 10, 2007

                              BY THE COURT:
                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel

U. S. District Judge